■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON LOWE, Appellant. [652 NYS2d 991] —Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered November 11, 1994, convicting him of murder in the second degree, assault in the second degree (two counts), and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contention is without merit. Bracken, J. P., O'Brien, Florio and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TRISH MCCONNEY, Respondent. [652 NYS2d 986] —Appeal by the People from an order of the Supreme Court, Queens County (Berke, J.), dated October 31, 1994, which, upon renewal, granted that branch of the defendant's omnibus motion which was to dismiss the indictment on the ground that the evidence presented to the Grand Jury was legally insufficient.

Ordered that the order is reversed, on the law, that branch of the defendant's omnibus motion which was to dismiss the indictment on the ground that the evidence presented to the Grand Jury was legally insufficient is denied, the indictment is reinstated, and the matter is remitted to the Supreme Court, Queens County, for further proceedings.

The Police Laboratory Analysis Report regarding the results of the ballistics examination of the gun constituted legally sufficient evidence (see, People v Rodriguez, 235 AD2d 504 [decided herewith]).

The Police Laboratory Analysis Report regarding the controlled substances the defendant was charged with possessing constituted legally sufficient evidence, for reasons stated in People v Washington (228 AD2d 23 [decided herewith]). Rosenblatt, J. P., Pizzuto and Goldstein, JJ., concur.

Friedmann, J., dissents and votes to affirm, with the following memorandum: I would affirm for reasons stated in my dissenting memorandum in People v Lopez (235 AD2d 496 [decided herewith]).